■ The People of the State of New York, Respondent, v Daniel Vargas, Appellant. [51 NYS3d 873]—Judgment, Supreme Court, Bronx County (Eugene Oliver, J.), rendered December 2, 2014, convicting defendant, after a jury trial, of burglary in the first, second and third degrees and assault in the third degree, and sentencing him, as a second felony offender, to an aggregate term of 10 years, unanimously reversed, on the law, and the matter remanded for a new trial.

As the People concede, reversal is required because the court did not obtain defendant's signed, written consent before replacing a deliberating juror (*People v Page*, 88 NY2d 1 [1996]). In light of this determination, we find it unnecessary to reach defendant's remaining contentions. Concur—Sweeny, J.P., Richter, Andrias, Feinman and Kahn, JJ.